ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 AUG 16 A 8: 44
CLERK _____
SO. DIST. OF GA

| | | |
|---|---|---|
| JULIO PASTOR RODRIGUEZ-RODRIGUEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) | CV 312-057 |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 6). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion to proceed *in forma pauperis* is **DEEMED MOOT** and the instant petition is ~~DISMISSED~~.

SO ORDERED this 16 day of August, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE